1068

THE STATE OF WASHINGTON, *Respondent*, v. JASON DRAKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05381-9, Mary E. Roberts, J., entered December 21, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Schindler, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID P. FENDICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02660-9, Mary E. Roberts, J., entered January 27, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROMMEL LIDDELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04169-1, Michael Hayden, J., entered January 29, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Schindler, JJ.

PAUL BRECHT, *Appellant*, v. NORTH CREEK LAW FIRM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-39893-3, Steven C. Gonzalez, J., entered January 8, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Ellington, JJ.